786

No. —, original. Ex parte Daniel P. Doyle; and No. —, original. Ex parte Ralph W. Fleeman. March 9, 1942. The motions for leave to file petitions for writs of habeas corpus are denied.

No. 28. Cloverleaf Butter Co. v. Patterson, Commissioner of Agriculture and Industries of Alabama, et al. The opinion of February 2, 1942, *ante*, p. 148, is amended as follows:

On page 4, line 5, strike out the words "comes under" and substitute therefor the words "is subject to."

On page 14, line 15, strike out the word "watches" and substitute therefor the words "has authority to watch."

On page 15, line 7, strike out the word "subjected" and substitute therefor the word "subject."

On page 15, lines 7 and 8, strike out the word "continuous."

Respondents' petition for rehearing is denied.

Opinion reported as amended, *ante,* p. 148.

No. 622. Holland, Administrator, v. A. H. Belo Corporation. March 9, 1942. L. Metcalfe Walling, present administrator of the Wage and Hour Division, U. S. Department of Labor, substituted as the party petitioner in the place and stead of Thomas W. Holland, resigned, on motion of *Solicitor General Fahy* for the petitioner.